PATRICIA C. SCHINE, Respondent, v. C. RICHARD SCHINE, Appellant.—

Concur — Stevens, J. P., Rabin, McNally and Witmer, JJ.